1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6924
7      FAX: (415) 436-7234
       shiao.lee@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. CR 12-00830 RS
14                                      )
       Plaintiff,                       )
15                                      )  **STIPULATION AND [PROPOSED] ORDER
       v.                               )  EXCLUDING TIME UNDER THE
16                                      )  SPEEDY TRIAL ACT FROM FEBRUARY 14,
   KEVIN THOMAS TRASK,                  )  2017 TO MARCH 7, 2017.**
17                                      )
       Defendants.                      )
18                                      )
                                        )
19

20      On February 14, 2017, defendant and his attorney appeared before this Court. At the hearing, the

21 Court directed the parties to appear on March 7, 2017 for a further status conference. The parties agree

22 that the additional time is necessary for effective preparation of counsel. Therefore, the parties agree

23 and jointly request that the time between February 14, 2017 and March 7, 2017, should be excluded in

24 order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C.

25 § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance

26 outweigh the best interest of the public and the defendant in a speedy trial.

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 12-00830 RS

DATED: February 15, 2017      Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

 /s/ Shiao Lee
SHIAO LEE
Assistant United States Attorney


/s/ Geoffrey Hansen
GEOFFREY HANSEN
Attorney for Defendant Kevin Thomas Trask

### [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from February 14, 2017, through and including March 7, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/17/17

HON. RICHARD SEEBORG
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 12-00830 RS