1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
7       FAX: (415) 436-7234
        shiao.lee@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )   CASE NO. CR 12-00830 RS
14                                        )
          Plaintiff,                      )
15                                        )   **STIPULATION AND [PROPOSED] ORDER
       v.                                 )   EXCLUDING TIME UNDER THE
16                                        )   SPEEDY TRIAL ACT FROM MARCH 7, 2017
   KEVIN THOMAS TRASK,                    )   TO MARCH 28, 2017.**
17                                        )
          Defendants.                     )
18                                        )
                                          )
19

20         On March 7, 2017, defendant and his attorney appeared before this Court.  At the hearing, the

21  Court directed the parties to appear on March 28, 2017 for a further status conference.  The parties agree

22  that the additional time is necessary for effective preparation of counsel.  Therefore, the parties agree

23  and jointly request that the time between March 7, 2017 and March 28, 2017, should be excluded in

24  order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C.

25  § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance

26  outweigh the best interest of the public and the defendant in a speedy trial.

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 12-00830 RS

| | |
|---|---|
| DATED: March 7, 2017 | Respectfully Submitted, |
| | BRIAN J. STRETCH<br>United States Attorney |
| | /s/ Shiao Lee<br>SHIAO LEE<br>Assistant United States Attorney |
| | /s/ Geoffrey Hansen<br>GEOFFREY HANSEN<br>Attorney for Defendant Kevin Thomas Trask |

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that the exclusion of time from March 7, 2017, through and including March 28, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 3/8/17

_____
HON. RICHARD SEEBORG
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 12-00830 RS