BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHIAO LEE (CABN 257413)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-6924
   FAX: (415) 436-7234
   shiao.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-00830 RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MARCH 28, 2017 TO APRIL 25, 2017.** |
| KEVIN THOMAS TRASK, | |
| Defendants. | |

On March 28, 2017, defendant and his attorney appeared before this Court. At the hearing, the Court directed the parties to appear on April 25, 2017 for a further status conference. The parties agree that the additional time is necessary for effective preparation of counsel. Therefore, the parties agree and jointly request that the time between March 28, 2017 and April 25, 2017, should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

| | | |
|---|---|---|
| 1 | DATED: March 28, 2017 | Respectfully Submitted, |
| 2 | | BRIAN J. STRETCH |
| | | United States Attorney |
| 3 | | |
| 4 | |  /s/ Shiao Lee |
| | | SHIAO LEE |
| 5 | | Assistant United States Attorney |

 /s/ Geoffrey Hansen
GEOFFREY HANSEN
Attorney for Defendant Kevin Thomas Trask

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from March 28, 2017, through and including April 25, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  3/29/17

HON. RICHARD SEEBORG
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 12-00830 RS