1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
7       FAX: (415) 436-7234
        shiao.lee@usdoj.gov
8
   Attorneys for United States of America
9

10                           UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           ) CASE NO. CR 12-00830 RS
14                                     )
         Plaintiff,                    )
15                                     ) **STIPULATION AND [PROPOSED] ORDER
    v.                                 ) EXCLUDING TIME UNDER THE
16                                     ) SPEEDY TRIAL ACT FROM APRIL 25, 2017
   KEVIN THOMAS TRASK,                 ) TO MAY 16, 2017.**
17                                     )
         Defendants.                   )
18                                     )
                                       )
19

20     On April 25, 2017, defendant and his attorney appeared before this Court. At the hearing, the

21 Court directed the parties to appear on May 16, 2017 for a further status conference. The parties agree

22 that the additional time is necessary for effective preparation of counsel. Therefore, the parties agree

23 and jointly request that the time between April 25, 2017 and May 16, 2017, should be excluded in order

24 to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. §

25 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance

26 outweigh the best interest of the public and the defendant in a speedy trial.

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 12-00830 RS

DATED: April 26, 2017                    Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

 /s/ Shiao Lee
SHIAO LEE
Assistant United States Attorney


/s/ Geoffrey Hansen
GEOFFREY HANSEN
Attorney for Defendant Kevin Thomas Trask


# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from April 25, 2017, through and including May 16, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  4/26/17                          _____
                                         HON. RICHARD SEEBORG
                                         United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 12-00830 RS