1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
7       FAX: (415) 436-7234
        shiao.lee@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 12-00830 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MAY 16, 2017 TO JUNE 20, 2017.** |
| KEVIN THOMAS TRASK, | ) |
| Defendants. | ) |

On May 16, 2017, defendant and his attorney appeared before this Court. At the hearing, the Court directed the parties to appear on June 20, 2017 for a further status conference. The parties agree that the additional time is necessary for effective preparation of counsel. Therefore, the parties agree and jointly request that the time between May 16, 2017 and June 20, 2017, should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: May 18, 2017      Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Shiao Lee
SHIAO LEE
Assistant United States Attorney

/s/ Geoffrey Hansen
GEOFFREY HANSEN
Attorney for Defendant Kevin Thomas Trask

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from May 16, 2017, through and including June 20, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/18/17

HON. RICHARD SEEBORG
United States District Court Judge